IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-01458-Bo

**FILED**
OCT 16 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CLARK EDWARD COLLINS, SR. )
)
)
)
Plaintiff. ) **NOTICE OF SELF-REPRESENTATION**
) v.
)
)
UNITED STATES OF AMERICA )
)
)
Defendant. )

I, <u>CLARK EDWARD COLLINS, SR.,</u> the Plaintiff in the above-captioned matter, hereby enter my appearance as a self-represented party.

Pursuant to Standing Order 18-SO-5, I understand that where the clerk scans and electronically files documents into the court's Case Management/Electronic Case Filing ("CM/ECF") system on my behalf, the filing generates a Notice of Electronic Filing ("NEF") that is served on registered users of CM/ECF in the case. The NEF constitutes service on registered users in the case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

I understand that pursuant to Fed. R. Civ. P. 5(d), I must still serve any non-registered users of CM/ECF in the case with a copy of every paper that I file and file a certificate of service.

I agree that all court papers may be mailed to me by first-class mail at the mailing address I provide on this form. I also agree that if I have completed and submitted a Pro Se Consent & Registration Form to Receive Documents Electronically that all court papers may be emailed to me at the email address I provide on this form.

I have previously submitted a Pro Se Consent & Registration Form to Receive Documents Electronically: **Yes** ☐ **No** ☒ If Yes, name under which the form was submitted: _____.

I understand that I am responsible for notifying the court of any change in my contact information

and if I obtain representation by an attorney in the future. My contact information is listed on the following page:

My Mailing Address is:

3865 SW CREEKSIDE TERRACE

PALM CITY, FLORIDA 34990

Town/City State Zip Code

(772) 215-1685

Telephone Number (daytime)

collins.camp.lejeune@gmail.com

Email address

Date: 7/20/2023

My Street Address (if different from mailing address) is:

Town/City　　　　　　　　State　　Zip Code

(772) 215-1685

Telephone Number (evening)

*Carl Edward Collins SR.*
Signature